UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1 3 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES MUSCARELLA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant - Appellee. | No. 04-16566<br>D.C. No. CV-01-00211-DAE<br><br>**ORDER** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to comply with the rules requiring processing the appeal to hearing.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 13 2006

by: /s/ Joe Williams
Deputy Clerk

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk