```
                                                                    MOATT


               NON-PUBLIC DOCKET FOR
            Ninth Circuit Court of Appeals

Court of Appeals Docket #: 04-16566                    Filed: 8/12/04
Nsuit: 2360  Other personal injury (USdf)
Muscarella v. USA
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) US
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0975-1 : CV-01-00211-DAE
    presiding judge: David A. Ezra, District Judge
    court reporter: Cynthia Fazio, Court Reporter
    Date Filed: 4/2/01
    Date order/judgment: 6/15/04
    Date NOA filed: 7/27/04
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
INTERNAL USE ONLY: Proceedings include all events.
04-16566 Muscarella v. USA

JAMES MUSCARELLA                James Muscarella
     Plaintiff - Appellant      [LD NTC prs]
                                445 Seaside Ave. #33918
                                Box 285
                                Honolulu, HI 96815

     v.

UNITED STATES OF AMERICA        R. Michael Burke, Esq.
     Defendant - Appellee       FAX 808/541-2958
                                808/541-2850
                                Suite 6-100
                                [COR LD NTC aus]
                                Mark J. Mellett, Esq.
                                FAX
                                808/541-2850
                                Suite 6-100
                                [COR NTC aus]
                                USH - OFFICE OF THE U.S.
                                ATTORNEY
                                PJKK Federal Building
                                300 Ala Moana Blvd.
                                P.O. Box 50183
                                Honolulu, HI 96850
```

```
INTERNAL USE ONLY: Proceedings include all events.
04-16566 Muscarella v. USA

JAMES MUSCARELLA

              Plaintiff - Appellant

    v.

UNITED STATES OF AMERICA

              Defendant - Appellee
```